# IN THE UNITED STATED DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Joshua Lee Kajune,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Ur M Jaddou, Director<br>U.S. Citizenship and Immigration Services<br>Alejandro Mayorkas, Secretary<br>Department of Homeland Security,<br><br>　　　　Defendants. | **ORDER**<br><br>Case No. 1:23-cv-208 |

On December 1, 2023, Plaintiff filed a Notice of Rule 41(a)(1) Dismissal. (Doc. No. 11).

Accordingly, the above-entitled action is **DISMISSED**.

　　**IT IS SO ORDERED.**

Dated this 4th day of December, 2023.

　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　United States District Court